UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division
**Case Number: 16-14544-CIV-MARTINEZ-MAYNARD**

PATRICIA KENNEDY,
     Plaintiff,

vs.

BRIXMOR/IA DOWNTOWN PUBLIX, LLC
a/k/a TWIN PLAZA CITGO and others
presently unknown,
     Defendants.

_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff's Agreed Motion for Substitution of

Party [ECF No. 11].  After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1.     Plaintiff's Agreed Motion for Substitution of Party [ECF No. 11] is **GRANTED**.

2.     Macmillan Real Estate LLC is substituted as Defendant for Brixmor/IA

Downtown Publix, LLC.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of March, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record